1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| LILLIAN G., | Case No.:  21-cv-2098-AGS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND (ECF 17)** |
| v. | |
| Kilolo KIJAKAZI, | |
| Defendant. | |

11
12
13
14
15
16

17    The parties' joint motion under 42 U.S.C. § 405(g) to remand this case to the Social

18  Security Administration is **GRANTED**. This case is remanded to the Commissioner of

19  Social Security for further proceedings consistent with the terms of the joint motion. The

20  Court also directs the Clerk of Court to enter judgment in favor of plaintiff.

21  Dated:  September 30, 2022

22
23
            Hon. Andrew G. Schopler
24          United States Magistrate Judge
25
26
27
28